### 18658.   BRADSHAW v. THE STATE.

BROYLES, C. J.   The motion for a new trial was based on the usual general grounds only; the evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke, J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Driving automobile unlawfully; from city court of Albany— Judge Clayton Jones.   November 3, 1927.

*Cowart & Durden,* for plaintiff in error.

*R. E. L. Spence, solicitor,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.

### 18662.   KINNEY v. THE STATE.

LUKE, J.   The motion for a new trial, the overruling of which is assigned as error, contains the general grounds only.   The evidence amply authorized the verdict rendered, and the court properly overruled the motion.

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Manslaughter; from Fulton superior court—Judge Moore.   October 1, 1927.

*Branch & Howard, E. G. Jackson,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

Criminal Law, 16 C. J. p. 1180, n. 74.